No. 105, Misc.  MERRYMOOD *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 107, Misc.  MONTGOMERY *v.* RAGEN, WARDEN. Circuit Court of Lake County, Illinois.  Certiorari denied.

No. 108, Misc.  GARCIA *v.* NEW YORK.  County Court of Broome County, New York.  Certiorari denied.  ▮▮

No. 110, Misc.  VAUGHN *v.* NIERSTHEIMER, WARDEN. Circuit Court of Williamson County, Illinois.  Certiorari denied.

No. 111, Misc.  ROGERS *v.* RAGEN, WARDEN.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 112, Misc.  MEZO *v.* NIERSTHEIMER, WARDEN. Circuit Court of Williamson County, Illinois.  Certiorari denied.

No. 113, Misc.  COSSENTINO *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 49, October Term, 1947.  SHAPIRO *v.* UNITED STATES, 335 U. S. 1.  Rehearing denied.

No. 97, October Term, 1947.  UNITED STATES *v.* HOFFMAN, 335 U. S. 77.  Rehearing denied.

No. 74, October Term, 1947.  POWNALL ET AL. *v.* UNITED STATES, 334 U. S. 742.  Rehearing denied.